UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HOLLOWAY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>3M COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive.<br><br>　　　　Defendants. | CASE NO. 5:19-cv-00708-RGK (KKx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT  [144] |

Having reviewed and considered the Plaintiff's Motion for Final Approval of Class Action Settlement, and GOOD CAUSE appearing, the Court hereby GRANTS said motion.

The Court previously granted Plaintiff Jason Holloway's ("Plaintiff") Motion for Preliminary Approval. Plaintiff now seeks an order granting final approval of the Stipulation of Class Action Settlement and Release Agreement ("Stipulation"). The proposed Settlement is fair, adequate, and reasonable. The Settlement provides substantial benefits to the Class Members when balanced with the strength of Plaintiff's case and the risks and expense of further litigation. In addition, the reaction of the Class Members to the Settlement has been overwhelmingly positive, as, to date, there has been a single objection, whose concerns are unrelated to the terms of the Settlement and twelve requests for exclusion, representing just 0.8% of the class. Additionally, the Settlement was reached through mediated arms-length negotiations, sufficient investigation and discovery allowed Class Counsel to act intelligently, and Class Counsel supports the Settlement as being in the best interests of the Class Members.

Accordingly, the Court hereby ORDERS that final approval of the Stipulation is GRANTED.

IT IS SO ORDERED.

Dated: June 23, 2021

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE